*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
MONAHAN, STEPHENS, and DEERWESTER
Appellate Military Judges

_____

## UNITED STATES
*Appellee*

**v.**

## Jaime P. BONTEKOE
Electricians Mate, Nuclear Power First Class (E-6), U.S. Navy
*Appellant*

## No. 202100126

Decided: 23 September 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Derek D. Butler

Sentence adjudged 27 January 2021 by a general court-martial convened at Naval Station Mayport, Florida, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-4, confinement for 24 months, and a bad-conduct discharge.

For Appellant:
*Commander C. Eric Roper, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

*Administrative correction to add omitted footnote 2.*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.[2]

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

———————————

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] We note that Preliminary Hearing Exhibit 6 and Prosecution Exhibit 2 are unsealed, and yet contain explicit images. We hereby order them sealed.